**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**717 MADISON PLACE, N.W.**
**WASHINGTON, D.C. 20439**

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

**TELEPHONE: 202-275-8000**

August 12, 2015

Suprema, Inc. v. ITC, Appeal No. 2012-1170

N O T I C E

On August 10, 2015, the court issued an en banc opinion, returning the case to the merits panel. A judgment also was entered in error. The court's judgment having been entered prematurely, we vacate the judgment. The precedential effect of the opinion is not affected by the premature entry and withdrawal of judgment.

FOR THE COURT:

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court